THIRD DEPARTMENT, NOVEMBER, 1955.

(November 1, 1955.)

ARTHUR WERKING, Appellant, v. AMITY ESTATES, INC., et al., Respondents. BOARD OF SUPERVISORS OF GREENE COUNTY, Respondent.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.  [See *ante,* p. 976.]